The Law Offices of JUDITH S. LELAND
A Professional Law Corporation
8345 E. Firestone Blvd., Suite 300
Downey, CA 90241
(562) 904-6955 (562) 904-6965 Fax
JUDITH S. LELAND (State Bar No: 63747)
E-mail: tracey@disabilitylawfirm.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| SANDRA GUZMAN,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant.<br>_____ | CIVIL NO. EDCV 10-01148 PLA<br><br>ORDER AWARDING<br>EQUAL ACCESS TO JUSTICE ACT<br>ATTORNEY FEES PURSUANT TO<br>28 U.S.C. § 2412(d) |

    Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, IT IS ORDERED that Plaintiff shall be awarded attorney fees under the EAJA in the amount of One Thousand Five Hundred and Thirty-one Dollars ($1,531.00), as authorized by 28 U.S.C. § 2412(d), subject to the terms of the above-referenced Stipulation.

Dated: May 4, 2011

_____
PAUL L. ABRAMS
UNITED STATES MAGISTRATE JUDGE